UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MARIE JOHNSON, | No. C 13-4409 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| STATE OF CALIFORNIA; et al., | |
| Defendants. | |

Sandra Marie Johnson filed this civil rights action under 42 U.S.C. § 1983, complaining that she was bit by a dog in the puppy program at the California Institute for Women in Corona. That facility is in Riverside County, and within the venue of the Central District of California. The individual defendant works at the prison and apparently reside within the venue of the Central District of California. Venue is proper in the Central District of California. *See* 28 U.S.C. § 1391(b)(2). The witnesses and evidence likely will be found primarily in the Central District as that is the district in which the events and omissions occurred and the plaintiff is incarcerated. Accordingly, for the convenience of the parties and witnesses, and in the interest of justice, this action is now transferred to the Central District of California. See 28 U.S.C. §§ 1404(a). The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: December 10, 2013

_____
SUSAN ILLSTON
United States District Judge